

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Santiago Benito Mercado-Aguayo, DEFENDANT(S). | CASE NUMBER 17-mj-758 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _April 13_, _____, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _20, 312 N. Spring St LA, CA 90012_

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _4/10/17_

_____
U.S. District Judge/Magistrate Judge